■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE SMITH, Appellant. [618 NYS2d 1008] —Judgment, Supreme Court, New York County (Thomas B. Galligan, J.), rendered April 15, 1993, which convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree and sentenced him to a term of imprisonment of 3 years to life, unanimously affirmed.

Inasmuch as defendant has failed to seek postjudgment relief to challenge the effectiveness of his trial representation, he has failed to present an adequate record for review *(People v Daniels,* 188 AD2d 356, *lv denied* 81 NY2d 969). Thus, on the record before us, it cannot be concluded that defendant was denied meaningful representation *(People v Baldi,* 54 NY2d 137, 147). Concur—Sullivan, J. P., Carro, Rosenberger, Williams and Tom, JJ.